## BAUERLIEN *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 84, September Term, 1965.]

*Decided January 6, 1966.*

Before PRESCOTT, C. J., and HAMMOND, MARBURY, OPPEN-HEIMER and McWILLIAMS, JJ.

PER CURIAM.

For the reasons given by Judge Evans in his opinion below, the application for leave to appeal will be denied.

*Application denied.*